**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CHRIS SEVIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1450 |
| | ) | Judge Trauger |
| ARTS AND ENTERTAINMENT NETWORK | ) | Magistrate Judge Griffin |
| (A&E), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On October 1, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 37), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), Fed. R. Civ. P.

It is so **ORDERED.**

Enter this 27th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge